

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR A., | Civil No. 2:24-cv-00962-JHC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, Dkt. # 12, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to adjudicate the claimant's Title XVI claim filed on October 5, 2020; to reconsider steps two through five of the disability determination process; if necessary, to obtain vocational expert evidence; to offer the claimant the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Page 1     ORDER
            2:24-CV-00962-JHC

DATED this 21st day of November, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE